1  MICHAEL MALK (Bar No. 222366)
   mm@malklawfirm.com
2  MICHAEL MALK, ESQ., APC
   1180 South Beverly Drive, Suite 610
3  Los Angeles, CA 90035
   Telephone:    310.203.0016
4  Facsimile:    310.499.5210

5  Attorneys for Plaintiff OSMIN MELGAR

6

7  JAMES M. PETERSON (Bar No. 137837)
   peterson@higgslaw.com
   EDWIN M. BONISKE (Bar No. 265701)
8  boniske@higgslaw.com
   HIGGS FLETCHER & MACK LLP
9  401 West "A" Street, Suite 2600
   San Diego, CA  92101-7913
10 Telephone:    619.236.1551
   Facsimile:    619.696.1410
11
   Attorneys for Defendant
12 CSK AUTO, INC.

13

14                         UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16

17 | OSMIN MELGAR individually and on behalf | CASE NO. 3:13-CV-03769-EMC
18 | of all others similarly situated,        |
                                              | **JOINT REQUEST TO APPEAR
19 |                 PLAINTIFF,              | TELEPHONICALLY AT THE
                                              | FURTHER CASE MANAGEMENT
20 |                                          | CONFERENCE**
21 |        VS.                                |
22 | CSK AUTO, INC., an Arizona Corporation,  |
   | and  DOES 1-100                          | Hearing Date:   November 13, 2014
23 |                                          | Time:           10:30 a.m.
24 |             DEFENDANTS.                   |
25

26 / / /
27 / / /
28 / / /

- 1 -
STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC APPEARANCE

Plaintiff OSMIN MELGAR and Defendant CSK AUTO, INC. k/n/a O'Reilly Auto Enterprises, LLC, by and through their undersigned attorneys of record, hereby request that the Court permit the parties to appear telephonically at the Further Case Management Conference scheduled for November 13, 2014 at 10:30 am.  Counsel for the Parties appeared in-person at the initial Case Management Conference on November 21, 2013, appeared telephonically at the February 13, 2014 Further Case Management Conference, and appeared in-person again at the May 22, 2014 Further Case Management Conference.

Counsel for the parties' request that they be permitted to appear telephonically at the November 13, 2014 hearing for the purpose of saving their clients the additional costs (both travel costs and additional attorney time) associated with making a personal appearance in San Francisco.   Counsel for Plaintiff works and resides in the Los Angeles area and Counsel for the Defendant works and lives in the San Diego area.

Respectfully submitted,

Dated:  October 13, 2014                MICHAEL MALK, ESQ. APC

By:__/s/ Michael Malk_____
Michael Malk
Attorneys for Plaintiff and the Class

Dated:  October 13, 2014                HIGGS, FLETCHER & MACK LLP

By:___/s/ James M. Peterson_____
James M. Peterson
Edwin Boniske
Attorneys for Defendant CSK Auto, Inc.

1 **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.** ~~Counsel~~
2 ~~are hereby ordered to call the Court at _____ by no later than 10:30 am on~~
3 ~~November 13, 2014~~. The Court will call counsel between 11:00 and 12:00 p.m.

DATED: 11/7/14   _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*