**MICHAEL MALK, ESQ., APC**
MICHAEL MALK, ESQ., (STATE BAR NO 222366)
1180 SOUTH BEVERLY DRIVE, SUITE 610
LOS ANGELES, CALIFORNIA 90035
TELEPHONE: (310) 203-0016
FACSIMILE:  (310) 499-5210
MM@MALKLAWFIRM.COM

ATTORNEY FOR PLAINTIFF OSMIN MELGAR

JAMES M. PETERSON, ESQ. (STATE BAR NO.137837)
peterson@higgslaw.com
EDWIN M. BONISKE, ESQ. (STATE BAR NO. 265701)
boniske@higgslaw.com
**HIGGS, FLETCHER & MACK, LLP**
401 WEST A STREET, SUITE 2600
SAN DIEGO, CA 92101
TELEPHONE: (619) 236-1551
FAX: (619) 696-1410

ATTORNEY FOR DEFENDANT CSK AUTO, INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>VS.<br><br>CSK AUTO, INC., an Arizona Corporation, and  DOES 1-100<br><br>DEFENDANTS. | **CASE NO. 3:13-CV-03769-EMC**<br><br>**JOINT STIPULATION REGARDING:**<br><br>1) **SCHEDULE FOR BELAIRE NOTICE;**<br>2) **A SCHEDULE FOR PLAINTIFF'S SURVEY; AND**<br>3) **SCHEDULE FOR CLASS CERTIFICATION**<br><br>CMC Date: January 15, 2015<br>Time: 10:30 A.M.<br>Courtroom: 5 |

- *1* –
**JOINT STIPULATION**

Plaintiff OSMIN MELGAR ("Plaintiff") and Defendant CSK AUTO, INC. k/n/a O'Reilly Auto Enterprises, LLC ("Defendant") (collectively, the "Parties") submit this Joint Stipulation pursuant to this Court's January 6, 2015 Order Re Pre-Certification Survey of Putative Class Members. The Parties have met and conferred, and have agreed to the following schedules.

### I. Proposed Schedule for the Further *Belaire* Notice to be Sent Only to Retail Service Specialists

| | |
|---|---|
| **February 10, 2015** | Defendant will communicate the contact information of Retail Service Specialists to the administrator by this date (Defendant requires the intervening four weeks to gather and organize the data). |
| **February 18, 2015** | The administrator will disseminate the *Belaire* notice to the Retail Service Specialists. |
| **March 11, 2015** | The last day for Retail Service Specialists to opt-out. |
| **March 17, 2015** | The administrator will release to Plaintiff's counsel the data of the Retail Service Specialists who did not opt-out |

### II. Proposed Schedule for the Dissemination and Return of Plaintiff's Survey

| | |
|---|---|
| **March 25, 2015** | The administrator will mail Plaintiff's survey to all putative class who received a *Belaire* notice and did not opt-out. |
| **April 24, 2015** | The administrator will disseminate the response of the survey to Plaintiff's counsel. |

### III. Proposed Schedule for Plaintiff's Motion for Class Certification

Given the foregoing schedules, Plaintiff can file his Motion for Class Certification within sixty days of receiving the results of the survey, i.e., by June 24, 2015. Defendant requests that the Court not set filing dates for the opposition and reply briefs at this time. Instead, Defendant requests (and Plaintiff does not oppose this request) that the Court schedule a status conference during the week after Plaintiff files his Motion for Class Certification in order to set the filing

1  date for Defendant's opposition brief, depending on the amount of discovery which Defendant
2  will require.
3      If the Court is not inclined to grant Defendants' request and prefers, instead, to set a full
4  briefing schedule, then the Parties are amenable to the following briefing schedule.

| Date | Event |
|---|---|
| ~~June 24, 2015~~ June 25, 2015 | Plaintiff to file his Motion for Class Certification |
| ~~September 22, 2015~~ August 6, 2015 | Defendant to file its Opposition to Plaintiff's Motion for Class Certification |
| ~~December 21, 2015~~ August 27, 2015 | Plaintiff to file his reply brief |

Sept. 10, 2015    Motion hearing

Respectfully submitted,

Dated:  January 14, 2015         MICHAEL MALK, ESQ. APC

                                 By: _____ for M.M.
                                     Michael Malk
                                     Attorneys for Plaintiff and the Class


Dated:  January 14, 2015         HIGGS, FLETCHER & MACK LLP

                                 By: _____
                                     James M. Peterson
                                     Edwin Boniske
                                     Attorneys for Defendant CSK Auto, Inc.


IT IS SO ORDERED as modified.
_____
Edward M. Chen
U.S. District Judge

**IT IS SO ORDERED AS MODIFIED** — Judge Edward M. Chen

- 3 -
**JOINT STIPULATION**