1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| OSMIN MELGAR individually and on behalf of all others similarly situated, | CASE NO. 3:13-CV-03769-EMC |
|---|---|
| PLAINTIFF, | [PROPOSED] ORDER TO CONTINUE DEADLINES FOR BELAIRE NOTICE, PLAINTIFF'S SURVEY, AND CLASS CERTIFICATION FILING AND HEARING DATES |
| VS. | |
| CSK AUTO, INC., an Arizona Corporation, and DOES 1-100 | |
| DEFENDANTS. | |

3294688.1                                    Case No. 3:13-CV-03769-EMC

The Court, having reviewed the parties' Joint Stipulation to Continue Deadlines for Belaire Notice, Plaintiff's Survey, and Class Certification Filing and Hearing Dates, and finding good cause therefore, grants the parties' stipulation to modify the January 20, 2015 scheduling order. The new deadlines are as follows:

| Schedule Re Revised *Belaire* Notice | |
|---|---|
| Defendant will communicate the contact information of Retail Service Specialists to the administrator by this date (Defendant requires the intervening four weeks to gather and organize the data). | March 26, 2015 |
| The administrator will disseminate the *Belaire* notice to the Retail Service Specialists. | April 1, 2015 |
| The last day for Retail Service Specialists to opt-out. | April 22, 2015 |
| The administrator will release to Plaintiff's counsel the data of the Retail Service Specialists who did not opt-out | April 28, 2015 |

| Schedule Re Plaintiff's Survey | |
|---|---|
| The administrator will mail Plaintiff's survey to all putative class who received a *Belaire* notice and did not opt-out. | May 6, 2015 |
| The administrator will disseminate the response of the survey to Plaintiff's counsel. | June 5, 2015 |

| Schedule Re Motion for Class Certification | |
|---|---|
| Plaintiff to file his Motion for Class Certification | August 6, 2015 |
| Defendant to file its Opposition to Plaintiff's Motion for Class Certification | September 17, 2015 |
| Plaintiff to file his Reply (if any) to his Motion for Class Certification | October 8, 2015 |
| Hearing on Motion for Class Certification | October 22, 2015 |

**IT IS SO ORDERED**.

DATED: 3/30/15  _____  
EDWARD M. CHEN

