1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. C 13-03769 (EMC)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PRODUCTION OF SURVEY MATERIALS** |

The Court has considered the Parties' Stipulation Regarding Production of Survey Materials, filed on July 15, 2015. Having read the stipulation, considered the points therein, and finding good cause therefore, **IT IS HEREBY ORDERED THAT:**

1) Plaintiff shall produce all responses to the surveys sent putative class members, without redaction, within seven days of the Parties filing this stipulation;

2) CSK shall only share the information in the surveys and the identity of the survey respondents with its employees for the purpose of gathering evidence related to the survey responses; and

///

///

///

1

**[PROPOSED] ORDER ON STIPULATION RE PRODUCTION OF SURVEY MATIERALS**
4173467.1

3)   CSK will instruct each employee who is provided with the identities of any survey respondent that CSK may not retaliate against any employee for his/her responses to the survey.

DATED:   7/20/15



HON. EDWARD M. CHEN
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen