# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. C 13-03769 (EMC)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE PLAINTIFF'S PROPOSED FIRST AMENDED COMPLAINT** |

The Court has considered the Parties' Stipulation Regarding Plaintiffs Proposed First Amended Complaint, filed on September 2, 2015. Having read the stipulation, considered the points therein, and finding good cause therefore, **IT IS HEREBY ORDERED THAT:**

A. Plaintiff is granted leave to file his proposed First Amended Complaint. Counsel for Plaintiff shall e-file and serve the amended pleading within three (3) days of the entry of this Order.

B. Plaintiff's Motion for Leave to File Amended Complaint, currently set for hearing on October 1, 2015, at 1:30 p.m., is hereby ordered off calendar.

DATED: 9/3/15

IT IS SO ORDERED

Judge Edward M. Chen

5128731.1

STIPULATION RE FIRST AMENDED COMPLAINT