# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. C 13-03769 (EMC)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION RE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

The Court has considered the Parties' Stipulation re Hearing and Briefing Schedule on Plaintiff's Motion for Class Certification, filed on September 16, 2015. Having read the stipulation, considered the points therein, and finding good cause therefore, **IT IS HEREBY ORDERED THAT:**

A. The hearing on Plaintiff's Motion for Class Certification and the Further Case Management Conference are hereby reset to December 10, 2015, at 1:30 PM in Courtroom 5, 17th Floor in the above-captioned Court. An updated Case Management Statement is due on December 3, 2015.

B. The briefing schedule on Plaintiff's motion for class certification is revised as follows: (1) Defendant's opposition shall be filed on or before September 21, 2015; and (2) Plaintiff's reply shall be filed on or before October 19, 2015.

DATED: 9/18/15 _____

HON. EDWARD CHEN
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
Judge Edward M. Chen

5240461.1

[PROPOSED] ORDER GRANTING STIPULATION