1  MICHAEL MALK (Bar No. 222366)
   mm@malklawfirm.com
2  MICHAEL MALK, ESQ., APC
   1180 South Beverly Drive, Suite 302
3  Los Angeles, CA 90035
   Telephone:   310.203.0016
4  Facsimile:   310.499.5210

5  Attorneys for Plaintiff OSMIN MELGAR

6
   JAMES M. PETERSON (Bar No. 137837)
7  peterson@higgslaw.com
   EDWIN M. BONISKE (Bar No. 265701)
8  boniske@higgslaw.com
   HIGGS FLETCHER & MACK LLP
9  401 West "A" Street, Suite 2600
   San Diego, CA  92101-7913
10 Telephone:   619.236.1551
   Facsimile:   619.696.1410
11
   Attorneys for Defendant CSK AUTO, INC.
12 n/k/a O'Reilly Auto Enterprises, LLC

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15

16 | OSMIN MELGAR, individually and on behalf of all others similarly situated, | Case No. C 13-03769 (EMC) |
   |---|---|
17 | | **STIPULATION RE PLAINTIFF'S REPLY BRIEF REGARDING CLASS CERTIFICATION; [PROPOSED] ORDER** |
18 | Plaintiff, | |
19 | v. | |
20 | CSK AUTO, INC., an Arizona Corporation, and DOES 1-100, | |
21 | Defendants. | |

22

23

24      Plaintiff OSMIN MELGAR ("Plaintiff"), individually and on behalf of all others similarly

25 situated and Defendant CSK AUTO, INC. n/k/a O'Reilly Auto Enterprises, LLC ("Defendant")

26 (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate

27 and agree as follows:

28

---

STIPULATION RE CONTINUANCE OF PLAINTIFF'S REPLY BRIEF RE CLASS CERTIFICATION

1. Plaintiff filed his Motion for Class Certification August 6, 2015.

2. Defendant filed its Opposition to Plaintiff's Motion on September 21, 2015. Defendant supported its Opposition with, among other things, 116 class member declarations and an expert declaration.

3. The parties are working together cooperatively to allow Plaintiff to depose some of Defendant's declarants. Plaintiff took four depositions on October 13, 2015, and is scheduled to take three depositions on October 20, 2015.

4. The scheduled filing date for Plaintiff's Reply Brief is currently October 19, 2015. In order to allow time to obtain the deposition transcripts from the declarant depositions and to make use of them for his Reply Brief, the Parties agree that Plaintiff may have until November 6, 2015 to file his Reply Brief.

5. The hearing on Plaintiff's Motion for Class Certification is scheduled for December 10, 2015, and the Parties request that the hearing date remain unchanged.

**IT IS SO STIPULATED.**

DATED: October 15, 2015                MICHAEL MALK, ESQ., APC

By: /Michael Malk
    MICHAEL MALK.
    Attorneys for Plaintiff OSMIN MELGAR

DATED: October 15, 2015                HIGGS FLETCHER & MACK, LLP

By: /Edwin Boniske
    JAMES M. PETERSON, ESQ.
    EDWIN BONISKE, ESQ.
    Attorneys for Defendant CSK AUTO, INC. n/k/a
    O'REILLY AUTO ENTERPRISES, LLC

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**

DATED: 10/16/15                _____
                               Hon. Edward M. Chen
                               United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION RE CONTINUANCE OF CLASS CERTIFICATION HEARING AND BRIEFING SCHEDULE