MICHAEL MALK (Bar No. 222366)
mm@malklawfirm.com
MICHAEL MALK, ESQ., APC
1180 South Beverly Drive, Suite 302
Los Angeles, CA 90035
Telephone:    310.203.0016
Facsimile:    310.499.5210

Attorneys for Plaintiff OSMIN MELGAR
and KARO KHATCHADOORIAN


JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
EDWIN M. BONISKE (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
Telephone:    619.236.1551
Facsimile:    619.696.1410

Attorneys for Defendant CSK AUTO, INC.
n/k/a O'Reilly Auto Enterprises, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. C 13-03769 (EMC)<br><br>**STIPULATION RE PLAINTIFFS' PROPOSED CLASS NOTICE; [PROPOSED] ORDER** |

**STIPULATION RE PLAINTIFFS' PROPOSED CLASS NOTICE**

1    Plaintiffs OSMIN MELGAR and KARO KHATCHADOORIAN ("Plaintiffs"), individually and on behalf of all others similarly situated and Defendant CSK AUTO, INC. n/k/a O'Reilly Auto Enterprises, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On December 22, 2015, the Court granted the Motion for Class Certification in part, and ordered the parties to meet and confer regarding the time for issuance of the class notice, the content of the class notice, and to file a joint proposed class notice within sixty days (the sixtieth day would be February 22, 2016).

2. Defendant's counsel are both appearing in trial right now in the case of *Leidenheimer v. CSK Auto, Inc.*, Case No. 13-cv-9568-DDP-VBKx, before the Honorable Dean D. Pregerson in the Central District of California, and will not be available to continue meeting and conferring with Plaintiffs' counsel until after the trial, which is expected to end on February 24, 2016.

3. After meeting and conferring, and subject to the Court's approval, the Parties have stipulated to a brief continuance of the deadline to file a proposed class notice. The Parties are agreeable to a two-week extension of the filing deadline for the joint proposed class notice to ensure that they can fully exhaust their meet and confer efforts, and will still be able to file the joint proposed class notice before the March 17, 2016 Further Status Conference. To the extent the Court desires additional time following their submission regarding the proposed class notice, the Parties are also amenable to a brief continuance of the March 17, 2016 Further Status Conference, to a date convenient to the Court.

///
///
///
///
///
///

2
**STIPULATION RE PLAINTIFFS' PROPOSED CLASS NOTICE**

1     4.    As such, the Parties hereby jointly request that the Court continue the deadline to file their submissions regarding a proposed class notice from to March 7, 2016. To the extent the Court

**IT IS SO STIPULATED.**

DATED: February 17, 2016        MICHAEL MALK, ESQ., APC


By: */s/ Michael Malk*
    MICHAEL MALK.
    Attorneys for Plaintiff OSMIN MELGAR


DATED: February 17, 2016        HIGGS FLETCHER & MACK, LLP


By: */s/ Edwin M. Boniske*
    JAMES M. PETERSON, ESQ.
    EDWIN BONISKE, ESQ.
    Attorneys for Defendant CSK AUTO, INC. n/k/a
    O'REILLY AUTO ENTERPRISES, LLC


**[PROP~~OS~~ED] ORDER**

In accordance with the above stipulation, and ~~for good~~ cause shown, it is hereby ordered that the Parties time to file a joint pr~~oposed~~ class notice is extended until _____.

```
The parties shall file their proposed class notice by March 7, 2016.  The further
status conference is continued from March 17, 2016, to March 24, 2016.
```

Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

3
**STIPULATION RE PLAINTIFFS' PROPOSED CLASS NOTICE**