MICHAEL MALK (Bar No. 222366)
mm@malklawfirm.com
MICHAEL MALK, ESQ., APC
1180 South Beverly Drive, Suite 302
Los Angeles, CA 90035
Telephone:    310.203.0016
Facsimile:    310.499.5210

Attorneys for Plaintiff OSMIN MELGAR
and KARO KHATCHADOORIAN

JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
EDWIN M. BONISKE (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
Telephone:    619.236.1551
Facsimile:    619.696.1410

Attorneys for Defendant CSK AUTO, INC.
n/k/a O'Reilly Auto Enterprises, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>   v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>    Defendants. | Case No. C 3:13-CV-03769 (EMC)<br><br>**STIPULATION RE STAY OF ACTION PENDING DECISION BY NINTH CIRCUIT; [PROPOSED] ORDER** |

**STIPULATION RE STAY OF ACTION**

Plaintiffs OSMIN MELGAR and KARO KHATCHADOORIAN ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant CSK AUTO, INC. n/k/a O'Reilly Auto Enterprises, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On December 22, 2015, the Court granted in part, and denied in part, Plaintiffs' Motion for Class Certification;

2. On January 8, 2016, Defendant filed a Petition for Permission to appeal this Court's ruling on Plaintiffs' Motion for Class Certification pursuant to Rule 23(f);

3. On March 8, 2016 the Ninth Circuit Court of Appeals granted Defendant's Petition and set a briefing schedule for the appeal;

4. The Parties agree that the action should be stayed pending resolution of the appeal, and that class notice should not be sent before the Ninth Circuit rules on this matter;

**5.** As such, the Parties hereby stipulate and jointly request that the Court stay discovery and all proceedings in this action until such time as the Ninth Circuit rules on the ongoing appeal.

**IT IS SO STIPULATED.**

DATED:  March 16, 2016              MICHAEL MALK, ESQ., APC


By:  /s/ Michael Malk
    MICHAEL MALK.
    Attorneys for Plaintiff OSMIN MELGAR

DATED:  March 16, 2016              HIGGS FLETCHER & MACK, LLP


By:  /s/ Edwin Boniske
    JAMES M. PETERSON, ESQ.
    EDWIN BONISKE, ESQ.
    Attorneys for Defendant CSK AUTO, INC. n/k/a
    O'REILLY AUTO ENTERPRISES, LLC

2

**STIPULATION RE STAY OF ACTION**

1
2
3                              **[PROPOSED] ORDER**
4        In accordance with the above stipulation, and for good cause shown, this case is hereby
5 stayed until the Ninth Circuit issues a decision in the appeal from this Court's December 22, 2015
6 class certification ruling.  It is hereby ordered that the Parties file a Joint Case Status Report
7 within 30 days of the Court of Appeals issuing its decision. The further CMC is reset
                                                              from 3/24/16 to 10/20/16 at 10:30
8                                                             a.m.
                                                    _____
9                                                   Hon. Edward M. Chen
                                                    United States District Judge
10

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

27                                    3
28                      **STIPULATION RE STAY OF ACTION**

1  MICHAEL MALK (Bar No. 222366)
   mm@malklawfirm.com
2  MICHAEL MALK, ESQ., APC
   1180 South Beverly Drive, Suite 302
3  Los Angeles, CA 90035
   Telephone:   310.203.0016
4  Facsimile:    310.499.5210

5  Attorneys for Plaintiff OSMIN MELGAR
   and KARO KHATCHADOORIAN
6

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 OSMIN MELGAR, individually and on         Case No. C 3:13-CV-03769 (EMC)
   behalf of all others similarly situated,
12                                            **ATTESTATION REGARDING
                    Plaintiff,                STIPULATION RE STAY OF ACTION
13                                            PENDING DECISION BY NINTH
         v.                                   CIRCUIT; [PROPOSED] ORDER**
14
   CSK AUTO, INC., an Arizona
15 Corporation, and DOES 1-100,

                   Defendants.
16

17
                                  **ATTESTATION**
18
        I, Michael Malk, am am the ECF user whose User ID and Password are being used to file
19
   this Stipulation Re Stay Of Action Pending Decision By Ninth Circuit; [Proposed] Order ("Joint
20
   Stipulation"). In compliance with applicable Local Rules, I hereby attest that concurrence in the
21
   filing of this Joint Stipulation has been obtained from signatory Edwin Boniske, Esq.
22
                                              MICHAEL MALK, ESQ., APC
23 DATED:  March 16, 2016

24

25                                            By: /s/ Michael Malk
                                                  MICHAEL MALK.
26                                                Attorneys for Plaintiff OSMIN MELGAR

27                                       4
28                         **STIPULATION RE STAY OF ACTION**