**MICHAEL MALK, ESQ., APC**
MICHAEL MALK, ESQ., (STATE BAR NO 222366)
1180 SOUTH BEVERLY DRIVE, SUITE 302
LOS ANGELES, CALIFORNIA 90035
TELEPHONE: (310) 203-0016
FACSIMILE:  (310) 499-5210
MM@MALKLAWFIRM.COM

ATTORNEY FOR PLAINTIFF OSMIN MELGAR AND KARO KHATCHADOORIAN


JAMES M. PETERSON, ESQ. (STATE BAR NO.137837)
peterson@higgslaw.com
EDWIN M. BONISKE, ESQ. (STATE BAR NO. 265701)
boniske@higgslaw.com
**HIGGS, FLETCHER & MACK, LLP**
401 WEST A STREET, SUITE 2600
SAN DIEGO, CA 92101
TELEPHONE: (619) 236-1551
FAX: (619) 696-1410

ATTORNEY FOR DEFENDANT CSK AUTO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>VS.<br><br>CSK AUTO, INC., an Arizona Corporation, and  DOES 1-100<br><br>DEFENDANTS. | **CASE NO. 3:13-CV-03769-EMC**<br><br>**JOINT REQUEST TO CONTINUE THE OCTOBER 18, 2016 STATUS CONFERENCE**<br><br>Date: October 18, 2016<br>Time: 10:30 A.M.<br>Courtroom: 5 |

Plaintiffs OSMIN MELGAR and KARO KHATCHADOORIAN ("Plaintiffs") and Defendant CSK AUTO, INC. k/n/a O'Reilly Auto Enterprises, LLC ("Defendant") (collectively, the "Parties") submit this Joint Request to Continue the October 18, 2016 Status Conference regarding class certification.

On March 8, 2016, the U.S. Circuit Court of Appeals for the Ninth Circuit granted Defendant's petition to appeal the district court's December 22, 2015 order granting class certification. Appellant CSK Auto, Inc. filed its opening brief on July 13, 2016. Appellee Osmin Melgar filed their answering brief of September 15, 2016. The court granted Appellant's request for an extension to file a reply brief by October 17, 2016.

Additionally, Plaintiffs' counsel's office is closed from October 17, 2016 through October 25, 2016 for the Jewish holiday of Sukkos.

In light of the appeal before the U.S. Circuit Court of Appeals for the Ninth Circuit, and Plaintiffs' counsel's unavailability, the Parties respectfully request that this Court continue the October 18, 2016 Status Conference to November 10, 2016 at 10:30am, and that the Parties be allowed to appear telephonically.  Plaintiffs' counsel may be reached at 310-203-3362, and Defendant's counsel may be reached at 619-236-1551.

Respectfully submitted,

Dated:   October 6, 2016                    MICHAEL MALK, ESQ. APC

By:___/s/ *Michael Malk*_____
        Michael Malk
        Attorneys for Plaintiffs and the Class

Dated:   October  6, 2016                   HIGGS, FLETCHER & MACK LLP

By:____/s/ *Edwin Boniske*_____
        Edwin Boniske
        Attorneys for Defendant CSK Auto, Inc.

- 2 –

*Joint Request To Continue the October 18, 2016 Status Conference*

**ATTESTATION**

I, Michael Malk, am the ECF user whose User ID and Password are being used to file this Joint Request To Continue The October 18, 2016 Status Conference. In compliance with applicable Local Rules, I hereby attest that concurrence in the filing of this Joint Request has been obtained from signatory Edwin Boniske, Esq.

                                                    Respectfully submitted,

Dated:   October 6, 2016                  MICHAEL MALK, ESQ. APC

                                     By:   /s/ *Michael Malk*
                                                  Michael Malk
                                                  Attorneys for Plaintiff and the Class

**ORDER**

Pursuant to the stipulation of the Parties, and **GOOD CAUSE APPEARING THEREFOR**, the Court hereby **ORDERS** that the Status Conference currently scheduled for October 18, 2016 be continued to ___11/10/16___ at 10:30 AM.

The Parties may appear telephonically. Court to call parties between 10:30 and 11:30 a.m.

**IT IS SO ORDERED.**

Dated: ___10/11___, 2016



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

*Joint Request To Continue the October 18, 2016 Status Conference*