# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 10, 2016    **FTR Time:** 10:40-10:43    **Judge:** EDWARD M. CHEN

**Case No.:** 13-cv-03769-EMC    **Case Name:** Melgar v. CSK Auto, et al.

**Attorney for Plaintiff:**    Mike Malk
**Attorney for Defendant:**    Ed Boniske

**Deputy Clerk:** Betty Lee    **Court Reporter:** N/A

## PROCEEDINGS

Further CMC (telephonically)

## SUMMARY

Parties reported that Ninth Circuit may hear arguments on defendants' appeal on this Court's order granting class certification in February 2017. Mediation was discontinued until after appeal is resolved.

Further CMC is scheduled for 6/1/17 at 10:30 a.m. Parties may request to advance this CMC once a decision is issued by the Ninth Circuit. An updated joint CMC statement shall be filed by 5/25/17.