MICHAEL MALK (Bar No. 222366)
mm@malklawfirm.com
MICHAEL MALK, ESQ., APC
1180 South Beverly Drive, Suite 302
Los Angeles, CA 90035
Telephone:     310.203.0016
Facsimile:      310.499.5210

Attorneys for Plaintiff OSMIN MELGAR
and KARO KHATCHADOORIAN


JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
EDWIN M. BONISKE (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
Telephone:     619.236.1551
Facsimile:      619.696.1410

Attorneys for Defendant CSK AUTO, INC.
n/k/a O'Reilly Auto Enterprises, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>    Defendants. | Case No. 3:13-CV-03769 (EMC)<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:     August 31, 2017<br>CMC Time:    10:30 AM |

8039039.1

This Stipulation and Joint Motion is entered into by and between Plaintiff Osmin Melgar and Karo Khatchadoorian ("Plaintiffs") and Defendant CSK Auto, Inc., n/k/a O'Reilly Auto Enterprises, LLC ("O'Reilly"), through their undersigned counsel of record. The Parties hereby stipulate and agree as follows:

1. On May 25, 2017, the Court entered a minute order granting in part, and denying in part, Plaintiffs' motion to amend the class certification order in this action. The Court ordered the Parties to meet and confer and to submit a proposed joint class notice, and set a further telephonic Case Management Conference for August 31, 2017, at 10:30 AM. The Court also encouraged the Parties to communicate regarding settlement.

2. After meeting and conferring, the Parties have agreed to participate in mediation before Hon. William Pate (Ret.), in San Diego, California. The mediation is set for September 7, 2017. In light of the confirmed mediation date, the Parties believe that it would be most efficient to continue the pending Case Management Conference until after the mediation.

3. The Parties further agree that dissemination of class notice at this time would not be an efficient use of resources, as the parties would have to duplicate those efforts (and costs) again in the event they reach an agreement to resolve the case through mediation.

4. Accordingly, the Parties respectfully request that the Court enter an order: (1) continuing the Case Management Conference to one month after the scheduled mediation, to October 5, 2017, subject to the Court's availability; and (2) defer submission of a proposed joint class notice to coincide with the submission of an updated Case Management Conference Statement on September 28, 2017, subject to the Court's availability.

**Respectfully Submitted,**

DATED: July 7, 2017          MICHAEL MALK, ESQ., APC

By: */s/ Michael Malk*
MICHAEL MALK.
Attorneys for Plaintiff OSMIN MELGAR and KARO KHATCHADOORIAN

DATED: July 7, 2017　　　　　　　　　　HIGGS FLETCHER & MACK, LLP

By: */s/ James M. Peterson*
JAMES M. PETERSON, ESQ.
EDWIN BONISKE, ESQ.
Attorneys for Defendant CSK AUTO, INC. n/k/a
O'REILLY AUTO ENTERPRISES, LLC

**IT IS SO ORDERED**

Judge Edward M. Chen

United States District Court, Northern District of California