1  MICHAEL MALK (Bar No. 222366)
   mm@malklawfirm.com
2  MICHAEL MALK, ESQ., APC
   1180 South Beverly Drive, Suite 302
3  Los Angeles, CA 90035
   Telephone:    310.203.0016
4  Facsimile:    310.499.5210

5  Attorneys for Plaintiff OSMIN MELGAR
   and KARO KHATCHADOORIAN
6

7  JAMES M. PETERSON (Bar No. 137837)
   peterson@higgslaw.com
8  EDWIN M. BONISKE (Bar No. 265701)
   boniske@higgslaw.com
9  HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
10 San Diego, CA 92101-7913
   Telephone:    619.236.1551
11 Facsimile:    619.696.1410

12 Attorneys for Defendant CSK AUTO, INC.
   n/k/a O'Reilly Auto Enterprises, LLC
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. 3:13-CV-03769 (EMC)<br><br>**STIPULATION AND JOINT MOTION TO VACATE THE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:    December 14, 2017<br>CMC Time:    10:30 am |

1    This Stipulation and Joint Motion is entered into by and between Plaintiff Osmin Melgar
2    and Karo Khatchadoorian ("Plaintiffs") and Defendant CSK Auto, Inc., n/k/a O'Reilly Auto
3    Enterprises, LLC ("O'Reilly"), through their undersigned counsel of record. The Parties hereby
4    stipulate and agree as follows:
5        1.    On May 25, 2017, the Court entered a minute order granting in part, and denying
6    in part, Plaintiffs' motion to amend the class certification order in this action. The Court ordered
7    the Parties to meet and confer and to submit a proposed joint class notice, and set a further
8    telephonic Case Management Conference for August 31, 2017, at 10:30 AM. The Court also
9    encouraged the Parties to communicate regarding settlement.
10       2.    After meeting and conferring, the Parties agreed to participate in mediation before
11   Hon. William Pate (Ret.), in San Diego, California.
12       3.    The mediation went forward on September 7, 2017, but the Parties were unable to
13   reach an agreement at that time. The Parties have continued to engage in settlement discussions,
14   and are very close to reaching an agreement, having reached a tentative agreement on the central
15   terms of a settlement.
16       4.    In light of the above, the Parties believe the current settlement discussions will
17   resolve favorably with one week.
18       4.    Accordingly, the Parties respectfully request that the Court enter an order vacating
19   the Case Management Conference, and ordering that the Motion for Preliminary Approval be
20   filed not later than February 16, 2018.
21       **Respectfully Submitted,**
22   DATED:  December 7, 2017           MICHAEL MALK, ESQ., APC

23

24   IT IS SO ORDERED that the          By: /s/ Michael Malk
25   Further CMC is reset for 3/1/18    MICHAEL MALK.
     at 10:30 a.m.                      Attorneys for Plaintiff OSMIN MELGAR and
26                                      KARO KHATCHADOORIAN
27
                                         IT IS SO ORDERED
                                         AS MODIFIED
                                         Judge Edward M. Chen
                                                              2
28   ─────────────────────────────────────────────────────────
                    STIPULATION AND JOINT MOTION TO
                 CONTINUE CASE MANAGEMENT CONFERENCE

DATED: December 7, 2017                    HIGGS FLETCHER & MACK, LLP


                                           By: */s/ Edwin M. Boniske*
                                               JAMES M. PETERSON, ESQ.
                                               EDWIN BONISKE, ESQ.
                                               Attorneys for Defendant CSK AUTO, INC. n/k/a
                                               O'REILLY AUTO ENTERPRISES, LLC

## ATTESTATION

I, Michael Malk, am the ECF user whose User ID and Password are being used to file this Stipulation And Joint Motion To Vacate The Case Management Conference. In compliance with applicable Local Rules, I hereby attest that concurrence in the filing of this Stipulation And Joint Motion To Vacate The Case Management Conference has been obtained from signatory Edwin Boniske, Esq.

                                           MICHAEL MALK, ESQ., APC
DATED: December 7, 2017


                                           By: /s/ Michael Malk
                                               MICHAEL MALK.
                                               Attorneys for Plaintiff OSMIN MELGAR

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 years and am employed in the county of Los Angeles, State of California. I am not a party to this action. My business address is 1180 S. Beverly Dr, Suite 302, Los Angeles, CA 90035.

On the date below, I served the foregoing document(s) described as:

**STIPULATION AND JOINT MOTION TO VACATE THE CASE MANAGEMENT CONFERENCE**

by delivering a true copy addressed to the following:

Edwin M. Boniske
boniske@higgslaw.com
James M. Peterson
pererson@higgslaw.com
Jason C. Ross
rossj@higgslaw.com
401 West "A" Street, Suite 2600
San Diego, CA 92101
619-236-1551

XX  **[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

**[by US Mail]** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2017 at Los Angeles, California.

Linda Sieger
Print Name

By: _____
Signature

4

**STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**