| | |
|---|---|
| 1 | MICHAEL MALK (Bar No. 222366) |
| | mm@malklawfirm.com |
| 2 | MICHAEL MALK, ESQ., APC |
| | 1180 South Beverly Drive, Suite 302 |
| 3 | Los Angeles, CA 90035 |
| | Telephone: 310.203.0016 |
| 4 | Facsimile: 310.499.5210 |
| 5 | Attorneys for Plaintiffs |
| | OSMIN MELGAR and KARO |
| 6 | KHATCHADOORIAN |
| 7 | JAMES M. PETERSON (Bar No. 137837) |
| | peterson@higgslaw.com |
| 8 | EDWIN M. BONISKE (Bar No. 265701) |
| | boniske@higgslaw.com |
| 9 | HIGGS FLETCHER & MACK LLP |
| | 401 West "A" Street, Suite 2600 |
| 10 | San Diego, CA 92101-7913 |
| | Telephone: 619.236.1551 |
| 11 | Facsimile: 619.696.1410 |
| 12 | Attorneys for Defendant |
| | CSK AUTO, INC. n/k/a O'Reilly Auto |
| 13 | Enterprises, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. 3:13-CV-03769 (EMC)<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PR~~O~~OPOSED] ORDER**<br><br>CMC Date: April 26, 2018<br>CMC Time: 10:30 am<br>JUDGE: Hon. Edward M. Chen<br>DEPT: 5 |

This Stipulation and Joint Motion is entered into by and between Plaintiffs Osmin Melgar and Karo Khatchadoorian ("Plaintiffs") and Defendant CSK Auto, Inc., n/k/a O'Reilly Auto Enterprises, LLC, through their undersigned counsel of record. The Parties hereby stipulate and agree as follows:

1. The Parties have reached an agreement to settle this case, have finalized the formal settlement agreement and related class notice documents, and are in the process of circulating the agreement to the Parties for signature;

2. Plaintiffs' counsel has drafted the Motion for Preliminary Approval of Class Action Settlement, and anticipates filing the motion by Friday, April 27, 2018.

3. Based on the foregoing, the Parties respectfully request that the Court continue the Case Management Conference currently scheduled for April 26, 2018, and request that the Court re-set the Case Management Conference to coincide with the hearing on Plaintiffs' motion for preliminary approval.

IT IS SO STIPULATED.

**Respectfully Submitted,**

DATED: April 23, 2018                    MICHAEL MALK, ESQ., APC

By: */s/ Michael Malk*
MICHAEL MALK.
Attorneys for Plaintiffs
OSMIN MELGAR and KARO
KHATCHADOORIAN


DATED: April 23, 2018                    HIGGS FLETCHER & MACK, LLP

By: */s/ Edwin M. Boniske*
JAMES M. PETERSON, ESQ.
EDWIN BONISKE, ESQ.
Attorneys for Defendant
CSK AUTO, INC. n/k/a O'REILLY AUTO
ENTERPRISES, LLC

# [PROPOSED] ORDER

In accordance with the above stipulation, and for good cause shown, it is hereby ordered that the Case Management Conference be continued until ____6/21/18 at 1:30 p.m.____.

DATED: ____4/24/18____ 

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen