MICHAEL MALK (Bar No. 222366)
mm@malklawfirm.com
MICHAEL MALK, ESQ., APC
1180 South Beverly Drive, Suite 302
Los Angeles, CA 90035
Telephone:   310.203.0016
Facsimile:    310.499.5210

Attorneys for Plaintiff OSMIN MELGAR
and KARO KHATCHADOORIAN

JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
EDWIN M. BONISKE (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
Telephone:   619.236.1551
Facsimile:    619.696.1410

Attorneys for Defendant CSK AUTO, INC.
n/k/a O'Reilly Auto Enterprises, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. C 13-03769 (EMC)<br><br>**STIPULATION TO CONTINUE DEADLINE FOR SUPPLEMENTAL BRIEF RE: PRELIMINARY APPROVAL OF CLASS SETTLEMENT; [PROPOSED] ORDER** |

Plaintiffs OSMIN MELGAR and KARO KHATCHADOORIAN ("Plaintiffs"), individually and on behalf of all others similarly situated and Defendant CSK AUTO, INC. n/k/a O'Reilly Auto Enterprises, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

**STIPULATION RE SUPPLEMENTAL PLEADING**

1. On May 25, 2018, just before the Memorial Day holiday weekend, this Court issued an extensive Order Re: Supplemental Briefing for Plaintiffs' Motion for Preliminary Approval ordering the Parties to brief ten separate issues for the court by June 1, 2018.

2. The offices of both Plaintiffs' and Defendant's counsel were closed on Monday, May 28, 2018. Since they returned to the office on Tuesday, May 29, counsel for both sides have spoken several times, and have been exchanging drafts of a joint pleading to respond to the Court's Order. Although the Parties are fairly far along with their draft, they have not had the opportunity to complete the brief to date, and are in the process of meeting and conferring about several distinct points therein. The Parties believe that, with an additional week of time, they will be able to resolve their respective concerns and file a comprehensive brief to address all of the Court's concerns.

3. The Parties have stipulated and agreed, and hereby request a one-week extension, to June 8, 2018, so that they can complete their meet and confer discussions, finalize their joint pleading, and obtain client approval before filing it. With that extension, the Court will receive the filing nearly two weeks before the June 21, 2018 hearing date.

**IT IS SO STIPULATED.**

DATED: June 1, 2018                        MICHAEL MALK, ESQ., APC


By: s/ *Michael Malk*
MICHAEL MALK.
Attorneys for Plaintiffs OSMIN MELGAR and
KARO KHATCHADOORIAN

2
**STIPULATION RE SUPPLEMENTAL PLEADING**

DATED: June 1, 2018    HIGGS FLETCHER & MACK, LLP


By: s/ *Edwin Bonsike*
    JAMES M. PETERSON, ESQ.
    EDWIN BONISKE, ESQ.
    Attorneys for Defendant CSK AUTO, INC. n/k/a O'REILLY AUTO ENTERPRISES, LLC

## **ATTESTATION**

I, Michael Malk, am the ECF user whose User ID and Password are being used to file this Stipulation To Continue Deadline For Supplemental Brief Re: Preliminary Approval Of Class Settlement; [Proposed] Order. In compliance with applicable Local Rules, I hereby attest that concurrence in the filing of this Stipulation To Continue Deadline For Supplemental Brief Re: Preliminary Approval Of Class Settlement; [Proposed] Order has been obtained from signatory Edwin Boniske, Esq.

DATED: June 1, 2018    MICHAEL MALK, ESQ., APC


By: s/ *Michael Malk*
    MICHAEL MALK.
    Attorneys for Plaintiffs OSMIN MELGAR and KARO KHATCHADOORIAN

3
**STIPULATION RE SUPPLEMENTAL PLEADING**

## [PROPOSED] ORDER

In accordance with the above stipulation, and for good cause shown, it is hereby ordered that the Parties' time to file a joint pleading responsive to the Order Re: Supplemental Briefing for Plaintiffs' Motion for Preliminary Approval is extended until June ~~8~~ 7, 2018.



Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4
**STIPULATION RE SUPPLEMENTAL PLEADING**