1  MICHAEL MALK (Bar No. 222366)
   mm@malklawfirm.com
2  MICHAEL MALK, ESQ., APC
   1180 South Beverly Drive, Suite 302
3  Los Angeles, CA 90035
   Telephone:   310.203.0016
4  Facsimile:   310.499.5210

5  Attorneys for Plaintiffs
   OSMIN MELGAR and KARO
6  KHATCHADOORIAN

7  JAMES M. PETERSON (Bar No. 137837)
   peterson@higgslaw.com
8  EDWIN M. BONISKE (Bar No. 265701)
   boniske@higgslaw.com
9  HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
10 San Diego, CA  92101-7913
   Telephone:   619.236.1551
11 Facsimile:   619.696.1410

12 Attorneys for Defendant
   CSK AUTO, INC. n/k/a O'Reilly Auto Enterprises,
13 LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. 3:13-CV-03769 (EMC)<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE DEADLINE TO SUBMIT AMENDED SETTLEMENT DOCUMENTS PURSUANT TO THE COURT'S ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL; [PR~~OP~~OSED] ORDER**<br><br>JUDGE:  Hon. Edward M. Chen<br>DEPT:    5 |

///

///

///

///

This Stipulation and Joint Motion is entered into by and between Plaintiffs Osmin Melgar and Karo Khatchadoorian ("Plaintiffs") and Defendant CSK Auto, Inc., n/k/a O'Reilly Auto Enterprises, LLC ("O'Reilly" and jointly with Plaintiffs, the "Parties"), through their undersigned counsel of record.

1. On June 25, 2018, the Court entered an order conditionally granting Plaintiffs' motion for preliminary approval of the Parties' class action settlement (Doc. 161). In that Order, the Court outlined a number of modifications that were required to be made to the settlement agreement, the proposed class notice, and the proposed order submitted in support of Plaintiffs' motion for preliminary approval. The Court ordered that the Parties "file an amended proposed class notice and an amended proposed order, along with an amended stipulation of settlement" within one week of the date of this order—by July 2, 2018.

2. Plaintiffs' counsel is (and has been since the time that the order was issued on June 25, 2018) out of state on a pre-planned family vacation and is not scheduled to return to California until July 2, 2018—the date the revised settlement documents are presently due. Coincidentally, O'Reilly's client representative and signatory to the settlement agreement is also out of town on a pre-planned vacation this week, scheduled to return on July 2, 2018.

3. Although counsel have already started working on preparing the necessary amendments to the settlement documents, the Parties do not believe that they will have signed, completed documents to file by July 2, 2018 in light of their respective unavailability. As such, and considering the upcoming Fourth of July holiday, the Parties have met and conferred and hereby jointly request that the Court continue the deadline to file the amended settlement agreement, amended proposed class notice, and amended proposed order for a period of one additional week—from July 2, 2017 to **July 9, 2018**.

///
///
///
///
///

IT IS SO STIPULATED.

**Respectfully Submitted,**

DATED: June 27, 2018					MICHAEL MALK, ESQ., APC

							By: */s/ Michael Malk*
							    Michael Malk

							Attorneys for Plaintiffs OSMIN MELGAR and
							KARO KHATCHADOORIAN

DATED: June 27, 2018					HIGGS FLETCHER & MACK, LLP

							By: */s/ Edwin M. Boniske*
							    James M. Peterson
							    Edwin M. Boniske

							Attorneys for Defendant CSK AUTO, INC. n/k/a
							O'REILLY AUTO ENTERPRISES, LLC

## [PROPOSED] ORDER

The Court, having reviewed the Parties' stipulation, and finding good cause therefore, hereby GRANTS the Parties' stipulation and joint motion. The Parties shall file an amended proposed class notice, an amended proposed order, and an amended stipulation of settlement in accordance with the Court's June 25, 2018 Order (Doc. 161) by no later than July 9, 2018.

DATED: 6/29/2018

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen