UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CSK AUTO, INC.,<br><br>    Defendant. | Case No. 13-cv-03769-EMC<br><br>**ORDER GRANTING JOINT MOTION TO AMEND ORDER GRANTING PRELIMINARY APPROVAL**<br><br>Docket No. 167 |

The Court has reviewed the parties' joint motion to amend the order granting preliminary approval. The Court **GRANTS** the motion and shall forthwith sign and file the orders proposed by the parties at Docket No. 167 (page 5) and Docket No. 167-2.

However, the revised class notice (Exhibit A) needs to be modified before it is sent to the 26 new class members. More specifically, the text under Question 6 needs to be modified to include "First Assistant Manager."

This order disposes of Docket No. 167.

**IT IS SO ORDERED**.

Dated: September 11, 2018

                                              EDWARD M. CHEN
                                              United States District Judge