1  MICHAEL MALK (Bar No. 222366)
   mm@malklawfirm.com
2  MICHAEL MALK, ESQ., APC
   1180 South Beverly Drive, Suite 302
3  Los Angeles, CA 90035
   Telephone:    310.203.0016
4  Facsimile:    310.499.5210

5  Attorneys for Plaintiffs
   OSMIN MELGAR and KARO
6  KHATCHADOORIAN

7  JAMES M. PETERSON (Bar No. 137837)
   peterson@higgslaw.com
8  EDWIN M. BONISKE (Bar No. 265701)
   boniske@higgslaw.com
9  HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
10 San Diego, CA  92101-7913
   Telephone:    619.236.1551
11 Facsimile:    619.696.1410

12 Attorneys for Defendant
   CSK AUTO, INC. n/k/a O'Reilly Auto
13 Enterprises, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMIN MELGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation, and DOES 1-100,<br><br>Defendants. | Case No. 3:13-CV-03769 (EMC)<br><br>**STIPULATION AND JOINT MOTION TO MODIFY ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION** |

This Stipulation and Joint Motion is entered into by and between Plaintiffs OSMIN MELGAR and KARO KHACHADOORIAN ("Plaintiffs") and Defendant CSK AUTO, INC. n/k/a O'REILLY AUTO ENTERPRISES, LLC, through their undersigned counsel of record. The Parties hereby stipulate and jointly move the Court to amend the Order Granting Preliminary Approval of Class Action Settlement (Doc. 166) as follows:

1. On July 12, 2018, the Court entered an Order Granting Preliminary Approval of Class Action Settlement in this action. (Doc. 166.) In that Order, the Court set deadlines for the submission of class member information, mailing of notices and submissions of claims, opt-outs, and objections, and set a hearing on Plaintiff's anticipated motion for final approval on December 20, 2016. (*Id.*) Notably, the Settlement Administrator will be mailing a "reminder" postcard to the class as soon as possible (but has delayed the initial mailing of the postcard for a few days pending the Court's review and ruling on this joint motion).

2. In the course of administering the class notice and collecting class member information, the parties have now discovered that a small group of employees who should have been included in the class action settlement were inadvertently excluded. Specifically, there are a small number of current and former team members in California that continue to use an older job title - "First Assistant Manager" – which was commonly used by O'Reilly's predecessor. The "First Assistant Manager" position is equivalent to and performs the same functions as an "Assistant Store Manager," but the individuals who worked (or are working) in those positions were inadvertently omitted from the class definition in the parties' settlement agreement and preliminary approval motion due to the technical difference in their titles.

3. Based on O'Reilly's records, this discrepancy will affect a total of 51 people. Twenty-six (26) individuals held the title of "First Assistant Manager" during the class period and did not receive a class notice when it was disseminated. Twenty-five (25) additional "First Assistant Managers" *did* receive class notice (because they also worked in another qualifying position during the class period), but their settlement allocations (based on the length of time worked in each position) will need to be adjusted to include the period they worked as a "First Assistant Manager" during the class period.

8666897.3                                         2                    Case No. 3:13-CV-03769 (EMC)
STIPULATION AND JOINT MOTION TO MODIFY ORDER GRANTING
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

4. The Parties have met and conferred, and agree that the "First Assistant Manager" position should be included in the settlement class, as they are equivalent to Assistant Store Managers in all material ways, but for their unique job titles. As such, the Parties hereby stipulate, and jointly move the Court to modify the Order Granting Preliminary Approval of Class Action Settlement as Follows:

    a. That the class definition be amended to include all current and former employees of O'Reilly who worked in a "First Assistant Manager" position in California during the settlement class period;

    b. That the Settlement Administrator promptly disseminate a Class Notice in the form attached hereto as "*Exhibit A*" to the 26 new class members, and provide them with a 60-day opportunity to make a claim, opt-out, and/or object to the settlement;

    c. That the Court enter a Modified Order Granting Preliminary Approval of Class Action Settlement, in the form attached hereto as "*Exhibit B*," and that the Modified Order Granting Preliminary Approval of Class Action Settlement be immediately displayed and made available to class members on the Settlement Administrator's dedicated website.

    d. That the "reminder postcard" to be disseminated by the Settlement Administrator also include the following language: "PLEASE NOTE that the Court entered a Modified Order Granting Preliminary Approval of Class Action Settlement on _____, which was modified to include the employees who worked in a 'First Assistant Manager' position during the class period, but which remains the same in all other material respects. A copy of the Modified Order is available for review on the Settlement Administration website."

**IT IS SO STIPULATED.**

Respectfully Submitted,

8666897.3     3     Case No. 3:13-CV-03769 (EMC)
STIPULATION AND JOINT MOTION TO MODIFY ORDER GRANTING
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | | |
|---|---|---|
| DATED: September 10, 2018 | | MICHAEL MALK, ESQ., APC |

By: */s/ Michael Malk*
    MICHAEL MALK.

Attorneys for Plaintiffs
OSMIN MELGAR and KARO KHATCHADOORIAN

DATED: September 10, 2018        HIGGS FLETCHER & MACK, LLP

By: */s/ Edwin M. Boniske*
    JAMES M. PETERSON, ESQ.
    EDWIN BONISKE, ESQ.

Attorneys for Defendant
CSK AUTO, INC. n/k/a O'REILLY AUTO ENTERPRISES, LLC

# [PROPOSED] ORDER

In accordance with the above stipulation, and for good cause shown, it is hereby ordered as follows:

    a. The settlement class definition shall be amended to include any current and former employees of O'Reilly who worked in a "First Assistant Manager" position in California during the settlement class period;

    b. The Settlement Administrator disseminate an amended Class Notice in the form attached hereto as "*Exhibit A*" to the 26 new class members within five (5) days of the entry of this Order, who shall have a 60-day opportunity to make a claim, opt-out, and/or object to the settlement;

    c. The attached Modified Order Granting Preliminary Approval of Class Action Settlement is approved and will be executed by the Court. It shall be displayed and made available to class members on the Settlement Administrator's dedicated website no later than two (2) days after the entry of this Order.

    d. The existing members of the settlement class shall be notified of this modification in the reminder postcard that is to be issued. In addition to standard reminder language about the claims period, the following language shall appear on the "reminder postcard" that is disseminated to the class:

> PLEASE NOTE that the Court entered a Modified Order Granting Preliminary Approval of Class Action Settlement on _____, which was modified to include the employees who worked in a 'First Assistant Manager' position during the class period, but which remains the same in all other material respects. A copy of the Modified Order is available for review on the Settlement Administration website.

DATED: September 11, 2018

Hon. Edward M. Chen
United States District Judge